M. MORTON ANSORGE, Respondent, v. CORRINE P. KANE, Appellant.— Motion for stay granted, on condition that the appellant within five days record the unrecorded deed in her chain of title, or deposit the same in escrow pending this appeal. The payment of the taxes should be a matter of adjustment; and if the parties are unable to agree, this court will adjust them in the order to be entered herein. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ. Settle order on notice.

ISIDORE M. EISENSTADT and Another, Appellants, v. ELIAS BUILDING CORPORATION, Respondent.— Motion to dismiss appeal denied, on condition that appellants perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

GOLDER PARK, INC., Respondent, v. INDEPENDENCE INDEMNITY COMPANY, Appellant.— Motion for stay denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CHARLES HAERLE, Respondent, v. FLORENT V. HAERLE, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Application of LINCOLN C. ANDREWS and Another, as Receivers, etc., for a Certiorari Order against WILLIAM A. PRENDERGAST and Others, Constituting the Public Service Commission of the State of New York. In the Matter of the Application of LINCOLN C. ANDREWS and Another, as Receivers, etc., for a Certiorari Order against WILLIAM A. PRENDERGAST and Others, Constituting the Public Service Commission of the State of New York.— Motion for certiorari order granted, to be returnable in Albany county. Motion of Bee Line to intervene granted. Motion for stay of operation of buses denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Application of the QUEENS COUNTY BAR ASSOCIATION to Discipline an Attorney. EDWARD FLANDER, Respondent.— There was neither appearance made nor brief submitted in behalf of the motion. The testimony of the witnesses was generally vague and uncertain, leaving a doubt that respondent withheld his clients' money. The respondent has settled his differences with his clients to their satisfaction. They indicate no desire to prosecute their complaints. Motion denied and proceeding dismissed. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Petition of the KINGS COUNTY TRUST COMPANY to Prove the Last Will and Testament of EDNA I. WALTON, Late of the County of Kings, Deceased.— Motion to dismiss appeal denied. It appears by the affidavit of the attorney for the appellant that a motion has been granted by the surrogate extending the time of the appellant to make and serve a case, and also to file security for costs. The motion is denied without prejudice to a further motion to dismiss if the respondent is so advised. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

MORRIS LIEBERMAN, Appellant, v. SAMUEL BRODY, Respondent.— Motion to dismiss appeal denied, on condition that appellant perfect the appeal for the

February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Elias Marshak, Respondent, v. Michael Michaelowitz, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Marcus M. McCullough, as Trustee in Bankruptcy, etc., Respondent, v. Louisa Auditore, Defendant, Impleaded with Frank Auditore, Appellant.— Motion to resettle order granted by fixing a day for continued examination.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.   Settle order on notice.

Edward C. McKinney, Appellant, v. Canadian Pacific Railway Company, Respondent.— Motion for reargument denied.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Edith Morrison, Respondent, v. Federal Food Stores, Inc., Appellant.— Motion for stay of trial granted upon condition that appellant within five days file an undertaking, with sufficient sureties, conditioned for the payment of any judgment up to the amount of the verdict already rendered.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.   Settle order on notice.

Neponsit Holding Corporation, Respondent, v. Percy I. Ansorge, Appellant.— Motion for extension of time to answer the complaint granted.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.   Settle order on notice.

Isidore Nudelman, Respondent, v. Peter J. Cahill and Another, Appellants.— Motion to resettle order denied, without prejudice to appellants' right to apply to the Special Term for leave to amend.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Joseph F. O'Hara, Respondent, v. Westchester Trust Company, Appellant. Joseph F. O'Hara, Respondent, v. Westchester Trust Company, Appellant.— Motions to dismiss appeals granted.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Tillie Rader, Respondent, v. Annie Benjamin, Appellant.— Motion to strike out portions of the record on appeal granted.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.   Settle order on notice.

Samuel Russo and Another, Respondents, v. John G. Lavender and Another, Appellants.— Motion to resettle order granted so as to provide that the appeal be perfected and brought on for argument at the February term.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Bertha Schiermer, Respondent, v. F. Roebling Geyser, Appellant.— Motion for stay granted on condition that the appeal be perfected and brought on for argument on January 15, 1926.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Thomas Tischan, as Administrator, etc., of Charles T. Tischan, Deceased, Respondent, v. Standard Oil Company of New York, Appellant.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

Sam Wallins, Respondent, v. Mary A. Butler, Also Known as Mary A.